IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MARGIE WALLS, on behalf
of herself and all other similarly
situated persons                                                                     PLAINTIFF

VS.                                          CASE NO. 07-CV-1020

SAGAMORE INSURANCE COMPANY                                    DEFENDANT

## ORDER

Before the Court is Plaintiff Margie Walls' Revised Motion for Class Certification.  (Doc.

No. 57).  The Defendant Sagamore Insurance Company has responded.  (Doc. No. 61).  Upon

consideration, for the reasons set forth in the Court's Memorandum Opinion of even date, the

Court finds that Plaintiff's Revised Motion for Class Certification should be and hereby is

**denied**.

IT IS SO ORDERED, this 31st day of March, 2009.


                                                    /s/Harry F. Barnes
                                                    Hon. Harry F. Barnes
                                                    United States District Judge