## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## EL DORADO DIVISION

| | |
|---|---|
| MARGIE WALLS and BEATROCE EATON, on behalf of themselves and all other similarly situated persons, ) ) ) ) Plaintiffs, ) ) v. ) ) SAGAMORE INSURANCE COMPANY, ) ) Defendant. ) | No. 07-CV-1020<br><br>Judge Dawson |

### ORDER OF DISMISSAL WITH PREJUDICE

Upon Motion of the Parties, and pursuant to a Stipulation of Settlement and final Judgment entered in the case of *Margie Walls, and Beatrice Eaton, on behalf of themselves and all other similarly situated persons, Plaintiffs v. Sagamore Insurance Company, Defendant, U.S. District Court, Western District of Arkansas, El Dorado Division, Case No. 07-CV-1020*, the Plaintiffs' causes of action against Defendant are hereby dismissed with prejudice.

IT IS SO ORDERED this 13th day of December, 2012.

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

DEC 1 3 2012

CHRIS R. JOHNSON, Clerk
By
    Deputy Clerk

The Honorable Robert T. Dawson
United States District Judge

APPROVED AS:

*(signature)*

Thomas P. Thrash
THRASH LAW FIRM, P.A.
1101 Garland Street
Little Rock, AR 72201

David S. Mitchell  (ABA No. 81119)
2222 Cottondale Lane, Suite 240
Little Rock, AR 72202
Phone: (501) 663-3322
Fax:  (501) 663-3320

*Attorneys for Plaintiffs and the Class*

*(signature)* 12/13/12

James M. Simpson,
FRIDAY, ELDRIDGE & CLARK
2000 Regions Center,
400 W. Capitol Little Rock, AR 72201

Jonathan N. Ledsky,
VARGA, BERGER, LEDSKY,
   HAYES & CASEY,
Santa Fe Building,
224 South Michigan Avenue,
Chicago, IL 60604-2535

*Attorneys for Defendant*